GOLD ET AL. *v.* DiCARLO, COMMISSIONER OF
LICENSES OF CITY OF NEW
YORK, ET AL.

No. 901. Decided April 26, 1965.

*Jesse Moss* for appellants.

*Leo A. Larkin* and *Seymour B. Quel* for DiCarlo, and
*Louis J. Lefkowitz,* Attorney General of New York,
*pro se, Samuel A. Hirshowitz,* First Assistant Attorney
General, and *Lester Esterman,* Assistant Attorney General, for Lefkowitz, appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is
affirmed.

CORPORA *v.* NEW YORK.

No. 934. Decided April 26, 1965.

*Emanuel Redfield* for appellant.

*Frank S. Hogan* and *H. Richard Uviller* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of a substantial federal question.